ORIGINAL

Mark Bradford (MB 6002)
**MARK BRADFORD, PC**
299 12th Street
Brooklyn, New York 11215-4903
Tel: (347) 413-3287
mb@markbradfordpc.com

Cara R. Burns (CB 1071)
**MIMS, KAPLAN, BURNS & GARRETSON**
28202 Cabot Road, Ste 300
Laguna Niguel, California 9267705
Tel: (310) 314-1721; Fax: (949) 340-9737
cburns@hmkblawyers.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/4/24

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x

MERCH TRAFFIC, LLC,

      Plaintiff,

v.

JOHN DOES 1-100, JANE DOES 1-100,
AND XYZ COMPANY,

      Defendants.
---------------------------------------------------------------x

ACTION NO. 1:23-cv-06794 LLS

[PROPOSED] ORDER
FOR RELEASE OF CASH
BOND AND DISPOSITION OF
SEIZED GOODS

LLS

Plaintiff having dismissed the above entitled action without prejudice pursuant to Federal Rules of Civil Procedure, Rule 41 (a), and no defendants having appeared by answer or otherwise, and good cause appearing,

**IT IS HEREBY**

**ORDERED,** that the Cash Bond posted by Plaintiff's counsel in the amount of Fifteen Thousand Dollars ($15,000) along with any accrued interest, less any fees, shall be and hereby is released, and shall be returned to counsel for the Plaintiff as set forth below, and it is further

1

**ORDERED**, that the Clerk of the Court shall send the released Cash Bond to Plaintiff's counsel in the form of a check made payable as follows: Merch Traffic, LLC, c/o Mims, Kaplan, Burns & Garretson, 28202 Cabot Road, Ste 300, Laguna Niguel, California 92677: and it is further

**ORDERED,** that Plaintiff is authorized to destroy or otherwise dispose of all previously seized infringing merchandise.

**IT IS SO ORDERED.**

Dated: January 4, 2024
New York, New York

_Louis L. Stanton_
**LOUIS L. STANTON**
**UNITED STATES DISTRICT JUDGE**

Respectfully submitted,
By: /s/ Cara R. Burns
Cara R. Burns (CB 1071)
Mims, Kaplan, Burns & Garretson
28202 Cabot Road, Ste 300
Laguna Niguel, CA 92677
Tel: (310) 314-1721
Fax: (949) 340-9737
cburns@hmkblawyers.com

Mark Bradford (MB 6002)
Mark Bradford, PC
299 12th Street
Brooklyn, NY 11215-4903
Tel: (347) 413-3287
mb@markbradfordpc.com

Attorneys for Plaintiff